**Entered on Docket**
**September 17, 2010**

_____
Hon. Gregg W. Zive
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com,

U.S. Bank National Association, as Trustee for CMLTI 2006-WF2 by its Attorney in fact Wells Fargo
Bank. N.A., successor by merger to Wells Fargo Home Mortgage Inc.
10-72600

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 10-52444-gwz |
|---|---|
| Teri L. Smith | Date:   9/7/2010<br>Time:   10:00 am |
| | Chapter 7 |
| Debtor(s). | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED the relief from the Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property generally described as: 1730 Kodiak Circle, Reno, NV 89511.

Submitted by:
**WILDE & ASSOCIATES**

_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____
**John S. Bartlett**
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**Allen M. Dutra**
Chapter 7 Trustee

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):
_____    The court has waived the requirements set forth in LR 9021(b)(1).
_____    No party appeared at the hearing or filed an objection to the motion.
__x_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing. and
            any unrepresented parties who appeared at the hearing, and each has approved or
            disapproved the order. or failed to respond, as indicated below [list each property and
            whether the party has approved. disapproved, or failed to respond to the document]:

__x_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the
            motion pursuant to LR 9014(g), and that no party has objected to the form or content of the
            order.
Debtor's counsel:
_____  approved the form of this order                    _____  disapproved the form of this order
_____  waived the right to review the order and/or    __x__  failed to respond to the document
_____  appeared at the hearing. waived the right to review the order
_____  matter unopposed. did not appear at the hearing, waived the right to review the order
Trustee:
_____  approved the form of this order                    _____  disapproved the form of this order
_____  waived the right to review the order and/or    _x___  failed to respond to the document


_____  This is a chapter 9, 11. or 15 case. and I have delivered a copy of this proposed order to all
            counsel who appeared at the hearing. and any trustee appointed in this case any unrepresented
            parties who appeared at the hearing. and each has approved or disapproved the order, or failed to
            respond, as indicated below.

Debtor's counsel:
_____  approved the form of this order                    _____  disapproved the form of this order
_____  waived the right to review the order and/or    _____  failed to respond to the document
_____  appeared at the hearing, waived the right to review the order
_____  matter unopposed. did not appear at the hearing, waived the right to review the order

Trustee:

_____  approved the form of this order                    _____  disapproved the form of this order
_____  waived the right to review the order and/or    _____  failed to respond to the document

_____  I certify that I have served a copy of this order with the motion, and no parties appeared or filed
            written objection.

Submitted by:
_ /s/ Gregory L. Wilde, Esq._
Gregory L. Wilde, Esq.
Attorney for Secured Creditor